FRED W. ALLEN, Respondent, v. JAMES E. ALLEN and Others, Defend-

ants, Impleaded with WILLIAM M. DOLPHIN, Appellant.— Interlocutory judgment affirmed, with costs. All concur.